IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **FELIPA D. SANCHEZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 24-CIV-117-RAW-GLJ |
| | ) | |
| **RYAN P. JACOB, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### ORDER

Before the court are two Reports and Recommendations of the United States Magistrate Judge, both dated June 20, 2024. In one (#43), the Magistrate Judge recommended denial of the motion to dismiss of defendant Tyson Foods, Inc. In the other (#44), the Magistrate Judge recommended denial of the plaintiff's motion to remand to state court. No objections have been filed to either, and the time for doing so has elapsed. The court has satisfied itself that there is "no clear error on the face of the record." Rule 72 F.R.Cv.P., Advisory Committee Notes.

It is the order of the court that the Reports and Recommendations (##43 & 44) are affirmed and adopted as orders of the court. The motion to dismiss of Tyson Foods, Inc. (#31) and the plaintiff's motion to remand (#37) are hereby denied.

**ORDERED THIS 26th DAY OF JULY, 2024.**

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**RONALD A. WHITE**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**